BEFORE THE FIRST DIVISION, APRIL 29, 1965

No. 69274.—Lafayette Radio Electronics Corp. v. United States, protest 63/4314 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.